UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODRICK TIMOTHY ROBINSON, *a.k.a.*
Timothy Rodrick Robinson,

        Plaintiff

v.

RAY SHOLTZ, LAURA MCCORMICK,
YOLANDA BUSH, STEVEN RIVARD,
MARK MCCULLICK, ROBERT VASHAW,
ROBERT STONE, SUSAN HAVELKA
and JOHN DOE(S),

        Defendants.
_____/

Case No. 2:17-cv-12675
District Judge Robert H. Cleland
Magistrate Judge Anthony P. Patti

# **ORDER STRIKING PLAINTIFF'S LETTER (DE 38)**

Rodrick Timothy Robinson is currently incarcerated at the Michigan Department of Corrections (MDOC) Alger Correctional Facility (LMF). On August 15, 2017, while incarcerated at the MDOC's St. Louis Correctional Facility (SLF), Robinson filed a *pro se*, verified prisoner civil rights complaint against eight named Defendants: (1) Ray Sholtz, (2) Laura McCormick, (3) Yolanda Bush, (4) Warden Steven Rivard, (5) Mark McCullick, (6) Robert Vashaw, (7) Robert Stone, and (8) Susan Havelka. In addition, Plaintiff lists as defendants "Unit 2 Correctional Officers at St. Louis Correctional Facility working on [August 14, 2016] at approximately [10 a.m.][.]" (DE 1 at 5.) However, on June

1

27, 2018, the Court dismissed Defendants Mark McCullick, Robert Vashaw, Robert Stone, Susan Havelka and Steven Rivard. (DE 26.)

Judge Cleland has referred this case to me for all pretrial matters. Currently pending before the Court are Defendants Sholtz, McCormick and Bush's February 19, 2019 motions: **(1)** for a protective order to seal documents (DE 31); **(2)** to seal documents (DE 32); **(3)** for leave to file exhibit in the traditional manner (DE 33); and, **(4)** for summary judgment (DE 34), with associated sealed exhibits (DEs 35-36). Plaintiff's response to the motion for summary judgment is due on March 28, 2019. (DE 37).

By a letter dated post-marked March 12, 2019 and filed with the Court on March 18, 2019, Plaintiff asks several questions of the Clerk's Office. (DE 38.) Upon consideration, the Clerk of the Court is **DIRECTED** to strike Plaintiff's letter (DE 38) from the record. As my online practice guidelines for pro se prisoner and habeas corpus cases explain,

> These matters are decided without oral argument. Notices, Orders, and Reports & Recommendations are mailed to those parties who are not e-filers. The Court does not have funds to appoint counsel, but will consider the appointment of pro bono counsel in appropriate cases. Pro se litigants are expected to adhere to the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Michigan. The Court does not give legal advice to either side and expects that pleadings will be in appropriate form. Letters to the Court are not pleadings and will be returned.

http://www.mied.uscourts.gov/altindex.cfm?pagefunction=pgToPDFAll&judgeID=51.  Finally, information for parties without counsel may be accessed at

http://www.mied.uscourts.gov/index.cfm?pageFunction=proSe.

Dated: March 18, 2019	s/*Anthony P. Patti*
	Anthony P. Patti
	UNITED STATES MAGISTRATE JUDGE


**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on March 18, 2019, electronically and/or by U.S. Mail.

	s/Michael Williams
	Case Manager for the
	Honorable Anthony P. Patti